**Gale S. NELSON, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,**
**Respondent.**

No. 03–3273.

United States Court of Appeals,
Federal Circuit.

April 26, 2005.

Before NEWMAN, LOURIE, and LINN, Circuit Judges.

**970**

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36